IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE **Lauck** DATE: **9/11/18**

CASE NO. **12MJ349**    INTERPRETER _____

Tape NO. **FTR**

UNITED STATES                    **Michael Mowe**

V.

**Andrew Robert MacCabe**

_____

_____

_____

WITNESSES: _____

PROCEEDINGS:   INITIAL APPEARANCE ✓   DETENTION HEARING ____

- ✓ Govt's motion to unseal, granted
- ✓ ARREST DATE: **9/11/18**
- ✓ Court summarized charges
- ✓ Court advises of deft's Rule 5 rights
- ✓ Financial Affidavit submitted for approval
- ___ CJA counsel to be appointed
- ___ Deft. to retain counsel
- ✓ Govt's motion to detain deft. ✓ granted ___ denied
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt. requests continuance to prepare for detention hearing
- ✓ Detention hearing set for **9/13/18 at 12:45PM**
- ✓ Order of Temporary Detention pending hearing
- ___ Govt. adduced evidence, rested
- ___ Deft. adduced evidence, rested
- ___ Arguments heard

_____   Findings stated from the bench
_____   Order of Detention Pending Trial
_____   Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport  _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

Detention/preliminary hearing set for September 13, 2012 at 12:45 PM
Deft remanded to custody

Case set: _____   Case called: _____   Case ended: _____   Total: _____