IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED IN OPEN COURT
OCT - 3 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:12CR158 |
| ) | |
| v. ) | 21 U.S.C. § 846; 841(a)(1) & (b)(1)(B) |
| ) | Conspiracy to Possess with the Intent to |
| DAVID BARKLEY VARDARO, ) | Distribute 100 or more Marijuana Plants |
| ) | (Count One) |
| ANDREW ROBERT MACCABE ) | |
| ) | |
| and ) | |
| ) | |
| MARK ROBERT ELLIOTT, ) | |
| ) | |
| Defendants. ) | |

**OCTOBER 2012 TERM - At Richmond**

**COUNT ONE**
(Conspiracy to Possess with the Intent to Distribute 100 or more Marijuana Plants)

THE GRAND JURY CHARGES that on or about May 10, 2012, in the Eastern District of Virginia and within the jurisdiction of this Court, DAVID BARKLEY VARDARO, ANDREW ROBERT MACCABE and MARK ROBERT ELLIOTT, did unlawfully, willfully and knowingly conspire with each other and others known and unknown to the Grand Jury to possess with the intent to distribute one hundred or more plants containing marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B)).

TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Michael A. Jagels
Special Assistant United States Attorney

2